# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-1955
LT Case No. 2024-106270-CFDL
_____

CHRISTOPHER LEE HILDEBRAND,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Matthew J. Metz, Public Defender, and Jacqueline Rae Brandt, Assistant Public Defender, Daytona Beach, for Appellant.

Christopher Hildebrand, Cross City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

June 30, 2026


PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

―――――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――――